UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PAULA BURSE, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.                                    Case No.   3:23-cv-1321-MMH-PDB

ADVANCED COLLECTION
BUREAU, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice of Plaintiff's Claims Against Advanced Collection Bureau, Inc. and Without Prejudice as to Any Claims for Prospective Class Members (Dkt. No. 16; Stipulation) filed on April 11, 2024. In the Stipulation, the parties request dismissal of this matter. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1.    Plaintiff's claims against Defendant are **DISMISSED with prejudice**.

2. Any claims for prospective class members are **DISMISSED without prejudice**.

3. Each party shall bear their own attorneys' fees and costs.

4. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of April, 2024.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record